United States District Court
Southern District of Texas
**ENTERED**
January 20, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| **QUNESHIA RAWLS**, Individually and on behalf of all others similarly situated,<br>　　　　Plaintiff,<br><br>　v.<br><br>**CONVERGENT OUTSOURCING, INC.,**<br><br>　　　　Defendant. | Case No. 3:21-cv-00303<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B) |

# ORDER

Before the Court is Plaintiff's Unopposed Motion to Dismiss with Prejudice and for Approval of Settlement Agreement ("the Motion"). (ECF No. ___). Having carefully reviewed and considered the Motion and the Settlement Agreement, the Court is of the opinion that it is fair and reasonable and involves a bona fide dispute over an FLSA provision. The Motion is accordinlgy granted.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED.

ORDERED this __20th__ day of __January_____, 2021.

_____
PRESIDING JUDGE